# United States Court of Appeals
## For the First Circuit

No. 12-2312

SUN CAPITAL PARTNERS III, LP; SUN CAPITAL PARTNERS III QP, LP; SUN CAPITAL PARTNERS IV, LP

Plaintiffs - Appellees

v.

NEW ENGLAND TEAMSTERS & TRUCKING INDUSTRY PENSION FUND

Defendant - Third Party Plaintiff - Appellant

SCOTT BRASS HOLDING CORP.; SUN SCOTT BRASS, LLC

Third Party Defendants

**MANDATE**

Entered: September 3, 2013

In accordance with the judgment of July 24, 2013, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

/s/ Margaret Carter, Clerk

cc:
Melissa Ann Brennan
Renee J. Bushey
Catherine M. Campbell
Kellen Sean Dwyer
Craig T. Fessenden
Eric Field
Theodore Joel Folkman
John F. Hartmann
Jeremy C. Marwell
Patrick Francis Philbin
Jeffrey S. Quinn
Marla Tun
Eric A. White